No. 20, original. WYOMING *v.* COLORADO. Motion submitted October 6, 1930. Decided October 13, 1930. The motion for leave to file the bill of complaint herein is

granted. *Mr. William. O. Wilson* for complainant. *Messrs. Clarence L. Ireland, Charles Roach, C. D. Todd, Wm. R. Kelly, Paul W. Lee, George H. Shaw,* and *Lawrence R. Temple* for defendant.